**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARY NWANNEKA OBASI and NNAMDI OBASI (Minor),<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY INVESTMENTS COMPANY,<br><br>Defendant. | Case No.: 1:25-cv-12674 |

**JOINT MOTION TO SUBSTITUTE DEFENDANT**

Pursuant to Fed. R. Civ. P. 21, Plaintiffs Mary Nwanneka Obasi and Nnamdi Obasi (collectively "Plaintiffs") and Defendant Fidelity Investments Company jointly move to substitute the Defendant in this action to Fidelity Brokerage Services LLC and Fidelity Management Trust Company ("Fidelity") for the following reasons:

1. Plaintiffs commenced this action on October 16, 2025, bringing one cause of action for "Failure to Release Funds Upon Authentication or Request" against one named Defendant, "Fidelity Investment Services." *See* ECF No. 1.
2. Fidelity has previously explained that, upon review of Plaintiffs' Complaint, Fidelity believes the correct entity that should be named is Fidelity Brokerage Services LLC, not Fidelity Investments Company. *See, e.g.*, ECF No. 29, n.1; ECF No. 34, n.1.
3. In addition, as part of preparing the proposed stipulated judgment previously discussed by the parties and the Court, Fidelity recognized that a second Defendant should be named, Fidelity Management Trust Company, because two of the accounts at issue are inherited IRA accounts.

4. Counsel for Plaintiffs and counsel for Fidelity have conferred and agreed that, prior to entry of the stipulated judgment in this case, the named Defendants in this action should be Fidelity Brokerage Services LLC and Fidelity Management Trust Company.

WHEREFORE, the parties jointly request that, prior to entry of stipulated judgment and pursuant to Fed. R. Civ. P. 21, the Court substitute the Defendant(s) in this action from Fidelity Investment Services to Fidelity Brokerage Services LLC and Fidelity Management Trust Company.

Dated: August 19, 2026

Respectfully submitted,

*/s/ George U. Oparanozie*
George U. Oparanozie, Esq.
Options Law Group, P.C.
123 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone: (312) 345-8580
Email: optionslawgroup@yahoo.com

*Counsel for Plaintiffs*

*/s/ John T. Ruskusky*
John T. Ruskusky
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, IL 60602
Telephone: (312) 977-4400
Email: jtruskusky@nixonpeabody.com

*Counsel for Defendant Fidelity Investment Services*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on August 19, 2026

*/s/ John T. Ruskusky*
John T. Ruskusky

*Counsel for Defendant*