**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARY NWANNEKA OBASI and NNAMDI OBASI (Minor),<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY INVESTMENTS COMPANY,<br><br>Defendant. | Case No.: 1:25-cv-12674 |

**JOINT MOTION FOR STIPULATED JUDGMENT**

Pursuant to the Court's July 23, 2026 order ("Order"), Plaintiffs Mary Nwanneka Obasi and Nnamdi Obasi (collectively "Plaintiffs") and Defendant Fidelity Investments Company[1] jointly move for entry of a proposed stipulated judgment. *See* ECF No. 55. Consistent with the Court's Order, a Word document version of the proposed stipulated judgment has been emailed to chambers contemporaneously with this filing. The Parties continue to discuss one aspect of this proposed stipulated judgment, which is not yet agreed, and is noted in brackets and italics in Paragraph 3 of the proposed stipulated judgment.

Dated: August 19, 2026

Respectfully submitted,

*/s/ George U. Oparanozie*
George U. Oparanozie, Esq.
Options Law Group, P.C.
123 W. Madison St., Suite 1400
Chicago, IL 60602

*/s/ John T. Ruskusky*
John T. Ruskusky
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, IL 60602

[1] As indicated in Defendant's prior filings in this matter (*see* ECF No. 29, note 1; ECF No. 34, note 1), Plaintiff's Complaint misidentifies the Defendant in this matter as Fidelity Investments Company. Based on the review of the Complaint, Fidelity Brokerage Services LLC and Fidelity Management Trusts Company ("Fidelity") are the correct entities that should be named.

Telephone: (312) 345-8580
Email: optionslawgroup@yahoo.com

*Counsel for Plaintiffs*

Telephone: (312) 977-4400
Email: jtruskusky@nixonpeabody.com

*Counsel for Defendant Fidelity Investment Services*

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on August 19, 2026

*/s/ John T. Ruskusky*
John T. Ruskusky

*Counsel for Defendant*